1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11   Brigitte McAdams,                          No. 2:20-cv-01290-KJM-KJN

12                    Plaintiff,                 ORDER

13          v.

14   El Dorado County, et al.,

15                    Defendants.

16

17          No defendant has appeared in this action, and plaintiff has not taken action to complete

18   litigation in this case.  On October 30, 2020, the court directed plaintiff to file a declaration as to

19   the status of this case within fourteen days.  No declaration was filed.  Plaintiff is ordered to show

20   cause within fourteen days why this action should not be dismissed for failure to prosecute.

21          IT IS SO ORDERED.

22   DATED:  April 12, 2021.

23

_____
CHIEF UNITED STATES DISTRICT JUDGE

1