# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**BRIGITTE MCADAMS,**

CASE NO: **2:20–CV–01290–KJM–KJN**

v.

**EL DORADO COUNTY, ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 12/21/21**

**Keith Holland**
Clerk of Court

ENTERED:  **December 21, 2021**

by:  /s/  A. Benson
Deputy Clerk